Praveen Kevin Khurana
Appellant Pro Se
108 S. Jefferson St., Apt. 307
Spokane, WA 99201
Telephone: (208) 413-0165
Email: matman00us@yahoo.com

RECEIVED
MAY 29 2026
FILED ______
DOCKETED ______
DATE INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PRAVEEN KEVIN KHURANA,
Appellant,

v. Ninth Circuit Case No. 26-2488

CITY OF LEWISTON, et al.,

Appellees.

---

## NOTICE REGARDING IN FORMA PAUPERIS STATUS

Appellant respectfully notifies the Court that Appellant previously filed motions to proceed in forma pauperis both in the United States District Court for the Eastern District of Washington and in this appeal before the Ninth Circuit.

The District Court's dismissal orders referenced nonpayment of filing fees; however, Appellant believes the in forma pauperis request pending before the District Court was not expressly ruled upon prior to dismissal.

Appellant submits this notice to clarify the procedural status of the pending in forma pauperis requests and respectfully requests that the Court consider Appellant's Ninth Circuit in forma pauperis application pursuant to Federal Rule of Appellate Procedure 24.

DATED this 26th day of May. 2026.

Respectfully submitted

[signature]

Praveen Kevin Khurana
Appellant Pro Se